DEVAUGHAN (UNITED STATES v.). See Case No. 14,952.

---

## Case No. 3,837.

### DEVAUGHN'S CASE.

[2 Cranch, C. C. 501.][1]

Circuit Court, District of Columbia. Nov., 1824.

WITNESS BEFORE GRAND JURY—CRIMINATING QUESTIONS.

A witness before the grand jury, is bound to answer a question, although he makes oath that he cannot answer it without criminating himself.

William Devaughn was sworn as a witness to the grand jury, who asked him whether he saw John Ball gaming at Mrs. Garner's. He refused to answer, saying that he could not answer the question without criminating himself. This was stated to the court, by the grand jury, in writing.

THE COURT (THRUSTON, Circuit Judge, absent) decided. under the authority of this court. in the case of U. S. v. Miller, at October term, 1821 [Case No. 15,772], that he was bound to answer the question, and informed him that if he persisted in his refusal he must be committed. He then submitted to answer.

NOTE. Cranch. C. J., did not concur in the opinion of the court, in the case of the U. S. v. Miller [supra]. but considered himself now bound by that decision.

---

DEVEAUX (BANK OF THE UNITED STATES v.). See Case No. 916.

DEVENS (KNOX v.). See Case No. 7,905.

---

## Case No. 3,838.

### DEVIGNY v. MOORE.

[1 Cranch, C. C. 174.][1]

Circuit Court. District of Columbia. July, 1804.

FEES—RULE FOR SECURITY.

After the term at which a rule was laid upon the plaintiff to give security for fees, the clerk, upon a motion for judgment on the rule, need not prove the plaintiff to be a non-resident.

The rule on the plaintiff to give security for fees, was laid at the last term. The clerk, at this term, moved for non pros. on the rule.

Mr. Peacock. for plaintiff. contended that the clerk must show that the plaintiff lives out of the county.

But THE COURT (nem. con.) ordered the non pros. to be entered, unless the plaintiff should prove his residence within the county.

[1] [Reported by Hon. William Cranch, Chief Judge.]